# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 13-20684-CIV-SIMONTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PRESTIGE TRANSPORTATION SERVICE, LLC, | ) ) ) |
| Defendant. | ) ) |

## CONSENT DECREE

The Consent Decree ("Decree") is made and entered into by and between Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC" or "Commission") and Defendant Prestige Transportation Service, LLC ("Prestige"). EEOC and Prestige are collectively referred to as the "Parties" throughout this Decree.

## INTRODUCTION

1.    EEOC filed this action on February 26, 2013, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq*. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. §1981a, to: (a) correct unlawful employment practices on the basis of race (black), protected activity, and recordkeeping violations; (b) provide appropriate relief to Ruth Motte, Rosemond Jeanpaul, and Reinaldo Piña ("Charging Parties"); and (c) provide appropriate relief to a class of black applicants for employment who were adversely affected by such practices ("Class Members").

1

2.      EEOC alleged that Prestige is liable for the following discriminatory conduct on the part of its predecessor company, Airbus Alliance, Inc. ("Airbus"): (a) terminating Ms. Motte in retaliation for her continued objections to Airbus' discriminatory practices against black employees and applicants for employment; (b) subjecting Ms. Jeanpaul to different terms and conditions of employment on the basis of her race (black); (c) terminating Ms. Jeanpaul in retaliation for filing a charge of discrimination with the EEOC; (d) terminating Mr. Piña in retaliation for his opposition to, and reluctance to participate in, Airbus' response to Ms. Jeanpaul's charge of discrimination; (e) maintaining an ongoing pattern or practice of race discrimination against non-Hispanic black applicants for employment; and (f) failing to make and preserve records relevant to the determination of whether unlawful employment practices have been or are being committed.

3.      EEOC also alleged that Prestige is liable for continuing to maintain an ongoing pattern or practice of race discrimination against non-Hispanic black applicants for employment, after it took over the business operations of Airbus.

4.      The Consent Decree shall not be construed as an admission of liability by Prestige. Prestige denies all allegations in the Complaint and maintains that it has not engaged in any acts of discrimination.  Prestige further denies that it is a successor corporation to Airbus.

5.      In the interest of resolving this matter, to avoid further cost of litigation, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Decree. This Decree is final and binding on the Parties, their successors, and assigns.

2

6.      No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties.  By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness, and to a limited extent, in order to effectuate the provisions of this Decree.  Thus, the Parties may agree to amend or modify the Decree to extend deadlines, update notice provisions, and/or modify other ministerial terms set forth in the Decree.

7.      If one or more of the provisions are rendered unlawful or unenforceable, the Parties shall make good faith efforts to agree upon appropriate amendments to this Decree in order to effectuate the purposes of the Decree. In any event, the remaining provisions will remain in full force and effect unless the purposes of the Decree cannot, despite the Parties' best efforts, be achieved.

8.      This Decree fully and finally resolves the claims asserted in the Complaint filed by EEOC in this action styled *EEOC v. Prestige Transportation Service, LLC*, Civil Case No. 13-cv-20684, in the United States District Court for the Southern District of Florida.  Such action arose from EEOC Charge Numbers 510-2011-00854, 510-2011-01158, and 510-2011-01496.

9.      The Parties acknowledge that this Decree only resolves the Charges of Discrimination referred to in Paragraph 8. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or may later arise against Prestige in accordance with standard EEOC procedures.

3

## FINDINGS

10.     Having carefully examined the terms and provisions of this Decree, and
based on the pleadings, record and stipulations of the Parties, the Court finds the
following:

a.     This Court has jurisdiction over the subject matter of this action and the
Parties.

b.     The Court will retain jurisdiction over this action for the entire term of the
Decree.

c.     No party shall contest the jurisdiction of this Federal Court to enforce this
Decree and its terms or the right of EEOC to bring an enforcement suit
upon alleged breach of any term(s) of this Decree.

d.     The terms of this Decree are adequate, reasonable, equitable and just and
the rights of the Parties, Charging Parties, Class Members, and the public
interest are adequately protected by this Decree.

e.     This Decree conforms with the Federal Rules of Civil Procedure and Title
VII, and is not in derogation of the rights or privileges of any person. The
entry of this Decree will further the objectives of Title VII and will be in
the best interests of the Parties, Charging Parties, Class Members, and the
public.

f.     Nothing in this Consent Decree constitutes an admission nor shall it be
construed as an admission by any party as to the claims or defenses of
another party.

g.    The terms of this Decree are and shall be binding upon the present and
future representatives, agents, directors, officers, successors and assigns of
Prestige.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

**<u>DURATION OF THE DECREE & RETENTION OF JURISDICTION</u>**

11.    All provisions of this Decree shall be in effect (and the Court will retain
jurisdiction of this matter to enforce this Decree) for a period of four (4) years
immediately following entry of the Decree, provided, however, that if, at the end of the
four (4) year period, any disputes remain unresolved, the term of the Decree shall be
automatically extended (and the Court will retain jurisdiction of this matter to enforce the
Decree) until such time as all such disputes have been resolved.

**<u>MONETARY CONSIDERATION</u>**

**12.**    Prestige shall pay total, exclusive, and voluntary monetary relief totaling
two hundred thousand (**$200,000.00**) to settle the claims asserted by the EEOC in its
Complaint. From this amount, Prestige shall make specific payments to Charging Parties,
and to a class of EEOC-determined eligible class members as provided below.  It is
acknowledged that this monetary relief agreed to in settlement of damages, as set forth
herein, constitutes a debt owed to and collectible by the United States.

**<u>MONETARY CONSIDERATION TO CHARGING PARTIES</u>**

13.    Prestige shall pay monetary damages totaling one hundred and ten
thousand dollars (**$110,000**) to three Charging Parties.  This $110,000 shall be the full
and final amount Prestige shall pay to settle claims that were brought or could have been
brought by the EEOC on behalf of Charging Parties, and will be distributed as follows:

(1) $65,000 to Rosemond Jeanpaul; (2) $35,000 to Eileen Motte; and (3) $10,000 to Reinaldo Piña. The payments shall be distributed in accordance with the following payment schedule:

| Charging Party | Compensatory Damages Payment Due September 5, 2014 (for which I.R.S. Form 1099's shall be issued) | Compensatory Damages Payment Due October 3, 2014 (for which I.R.S. Form 1099's shall be issued) | Compensatory Damages Payment Due December 22, 2014 (for which I.R.S. Form 1099's shall be issued) |
|---|---|---|---|
| Rosemond Jeanpaul | $20,000 | $15,000 | $30,000 |
| Eileen Motte | $20,000 | $15,000 | N/A |
| Reinaldo Piña | N/A | $10,000 | N/A |
| | $40,000 | $40,000 | $30,000 |

14.     Prestige shall deliver checks made payable to each Charging Party in the amounts set forth in the Table in paragraph 13 via certified mail, return receipt requested or by hand delivery to the following addresses: EEOC Regional Attorney, Robert E. Weisberg, Re: Prestige Consent Decree, at United States Equal Employment Opportunity Commission, Miami District Office, Miami Tower, 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131.

15.     Copies of the payments, along with copies of I.R.S. Form 1099's, shall be sent contemporaneously to EEOC with the checks.

6

16.     The deadlines in Paragraph 13 may be modified by the joint, written agreement of the parties, without notification of the Court.

17.     If Charging Parties fail to timely receive any of the payments described in Paragraph 13 above, then Prestige shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. §6621(b) until the same is paid, in addition to any other remedies available under this Decree.

## MONETARY CONSIDERATION TO CLASS MEMBERS

17.     In addition to the relief set forth in Paragraph 13, Prestige agrees to pay a total of ninety thousand dollars (**$90,000**) to Class Members over a period of one (1) year as set forth below: (a) $10,000 due in compensatory damages to eligible Class Members by December 22, 2014; (b) $40,000 due in compensatory damages to eligible Class Members by March 23, 2015; and (c) $40,000 due to eligible Class Members by June 22, 2015.

18.     On or before November 1, 2014, the Commission will provide Prestige's Counsel, Jason Goldstein, Esq., with a settlement distribution list and schedule (the "Distribution List and Schedule") identifying all eligible Class Members whom the Commission has determined in its sole discretion are entitled to a portion of the $90,000.00 in monetary damages. The Distribution List and Schedule will include the individuals' names, addresses, social security numbers, the total amount of compensatory damages to which each individual is entitled, and the schedule of payments to each Class Member, subject to the payment schedule provided in paragraph 16 above. EEOC will also provide IRS W-9 forms for each Class Member.  The Distribution List and Schedule

will be made in the sole discretion of the EEOC and is not subject to review by Prestige and/or the Court.

19.    In determining the amount of settlement funds to be awarded to each eligible Class Member, the Commission will consider the following non-exhaustive list of factors: (1) whether the Class Member had a CDL License during the relevant time frames; (2) whether the Class Member had a PMC License during the relevant time frames ; (3) whether the Class Member had a clean driving record during the relevant time frames; (4) the Class Member's ability to provide evidence and/or detail as to the application process with Airbus and/or Prestige; and (5) the Class Member's emotional distress, including emotional distress caused by lost wages. The Commission's determination of each individual's eligibility, entitlement to relief, and amount of relief are made in the sole discretion of the EEOC are not subject to review by Prestige and/or the Court.

20.    Prestige shall prepare checks payable to the identified eligible Class Members in the amounts established by the Distribution List and Schedule. Each check shall be delivered by certified mail (return receipt requested) or hand delivery to EEOC Regional Attorney, Robert E. Weisberg, Re: Prestige Consent Decree, at United States Equal Employment Opportunity Commission, Miami District Office, Miami Tower, 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131.  .

21.    Copies of the payments, along with copies of Form 1099s as applicable shall be sent contemporaneously to **EEOC with the checks.**

22.    The deadlines in Paragraphs 17 and 18 may be modified by the written agreement of the parties, without notification of the Court.

23.     If any Class Member fails to timely receive the payments described in Paragraph 16 above, then Prestige shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. §6621(b) until the same is paid.

## ACCELLERATION CLAUSE

24.     In the event of default in the payment of any payment to a Charging Party or Class Member when due as herein provided, time being of the essence, EEOC may, after providing Prestige's attorney, Jason Goldstein, Esq. with notice of default and a five (5) business days opportunity to cure, declare the entire unpaid balance immediately due and payable, and proceed to enforce all rights and remedies under law or equity under this Consent Decree. The late or non-conforming tender of any payment by Prestige shall not act to revive, or reinstate, the right to make periodic payments, or to defer payment of the total, and any payments received after the default shall be applied on account of the accrued interest and the balance to principal and without a waiver of the default herein or the right to collect the accelerated balance.

## INJUNCTIVE PROVISIONS

25.     Compliance with Federal Equal Employment Opportunity Laws. Nothing in this Decree shall be construed to limit or reduce Prestige's obligation to comply with the statutes enforced by EEOC: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.*, ("Title VII"), Title I of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101, as amended, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621-633a, the Equal Pay Act ("EPA"), 29 U.S.C. §206(d), and the Genetic Information Nondiscrimination Act of 2008 ("GINA), 42 U.S.C. § 2000f.

9

26.    No Discrimination.  Prestige and its officers, managers, employees, agents, partners, successors, and assigns, are enjoined from engaging in conduct that discriminates against any employee or applicant on the basis of race in hiring or the terms and conditions of employment.  Prestige shall take all affirmative steps to ensure that its hiring decisions and the terms and conditions of employment do not discriminate on the basis of race in violation of Title VII.

27.    No Retaliation.  Prestige and its officers, managers, employees, agents, partners, successors, and assigns, are enjoined from engaging in any form of retaliation against any current or former manager or employee or applicant for employment because of participation in this EEOC process, the investigation by the EEOC into this matter and/or participation in this lawsuit.

28.    Hiring of Class Members.  On or before October 1, 2014, EEOC will provide to Prestige a list of individuals for possible instatement at Prestige (the "Hiring List").  The Hiring List shall include: (a) all eligible Class Members who indicate an interest to instatement at Prestige, along with the individual's address and/or phone number; (b) whether or not the Class Member has a PMC License (including county of issuance), a CDL License, and/or intends to apply for a PMC License and/or CDL License; and (c) whether the Class Member is interested in a full time or part time position, or both.  EEOC has the right to update the Hiring List at any time during the term of the Consent Decree.

29.    Should Prestige learn at any time that an address on the Hiring List is incorrect, incomplete, or ineffective, Prestige shall notify the EEOC within 10 days of learning of the defect. The EEOC will promptly notify Prestige of any corrected or

10

updated addresses.

30.     During the term of the Consent Decree, to the extent that Prestige seeks to fill a new or vacant driver, dispatcher, and/or dispatch coordinator position (either full or part time), Prestige will offer such position to an individual on the Hiring List.

31.     It is understood that Prestige will offer open positions to Class Members that meet the qualifications for the position in question.  For instance, in the event Prestige needs a driver with a CDL License or a PMC License, Prestige is only required to offer such position to Class Members that have a CDL License or PMC License, respectively.  Likewise, if Prestige has only a full-time vacancy, Prestige is only required to offer such position to individuals that are available for a full-time position. The foregoing examples are illustrative and do not limit the bona fide qualifications Prestige may require for any open positions.

32.     If a Class Member is offered a position, Prestige shall advise the Class Member that he or she shall have two (2) business days from receipt of such offer to accept the offer and, upon request, shall have no fewer than two weeks to begin the job at Prestige.

33.     If the event a Class Member rejects a job offer at Prestige, the individual will remain on the list during the term of the Consent Decree, and may be called for a subsequent vacancy by Prestige.

34.     In the event a Class Member rejects a job offer at Prestige, Prestige will continue to offer open positions to qualified individual(s) from the list until the job is filled or everyone on the list has rejected the vacancy.  In the event an individual on the Hiring List has indicated that he or she is applying for a CDL License and/or PMC

11

License, Prestige will contact those individuals to see if he or she has in fact obtained the necessary license before making a decision as to who will be hired for the position.

35.     Whenever a Class Member is hired in compliance with this section from the Hiring List, that individual shall be hired into the open position at pay no less favorable than the then-existing rate of pay for the position.

36.     Targeted Advertising.  In the event Prestige has a hiring need that cannot be fulfilled by the Hiring List, Prestige will make a good faith effort to engage in targeted advertising and recruitment to encourage black applicants to apply for employment with Prestige.  As part of this targeted advertising effort, Prestige will advertise each job opening for a driver, dispatcher, and/or dispatch coordinator position in The Miami Times and Le Floridien Newspapers.  Prestige may also continue to advertise in The Miami Herald at its discretion.  Prestige may also engage in other targeted recruiting by contacting public employment agencies and/or consulting with non-profit groups.

37.     Hiring Goals.  Prestige acknowledges that data from the Miami-Dade County Consumer Services Department, Passenger Transportation Regulatory Division, indicates that 46.8 percent of the individuals applying for a chauffeur's license in Miami-Dade County are black.  Given this benchmark, during the term of this Consent Decree, Prestige will make a good faith reasonable effort to hire qualified black applicants for employment in the positions of driver, dispatcher, and dispatcher coordinator at or near this rate.  "Good faith reasonable effort" will include consideration that a person is black as a "plus" factor in the context of individualized consideration of each applicant for possible hire, without (a) insulating the black applicant from comparison with all other candidates for the position and (b) requiring Prestige to hire persons who fail to meet the

12

bona fide non-discriminatory qualifications for the position sought. These numerical hiring goals are not fixed quotas, and the failure to achieve such goals despite reasonable, good faith efforts shall not be a violation of this Decree.

38.     Applicant Tracking System. Prestige shall adopt and maintain for the duration of the Consent Decree an electronic applicant/employee tracking system for: (a) each person hired; (b) each Class Member offered a position as a driver, dispatcher, and/or dispatch coordinator and whether the offer was accepted or declined; (c) each person who submits an application to Prestige for the position(s) of driver, dispatcher, and/or dispatch coordinator; and (d) each person terminated or that otherwise resigns from employment. Prestige may use Excel or Word software to maintain this tracking system.

39.     With respect to each new applicant and/or Class Member, the tracking system will contain information and details about each applicant's or new hire's race, relevant work experience, CDL License number and status, PMC License number and status, and the outcome of the hiring process. Prestige will use an EEO Voluntary Self-Identification Form to track the race and ethnicity of all applicants. *See* Exhibit A.

40.     With respect to current employees, the tracking system will contain information and details about the employee's race and the reason for termination and/or resignation.

41.     Prestige will review and complete a written summary report of the information compiled by the applicant tracking system biannually by June 1 and December 1 of each year this Decree is in effect. The summary report shall include statistics for the previous six months, including, the number of vacant positions offered to

13

Class Members, the number of applicants hired and discharged and/or who resigned, broken down by race and position; the names of employees who participated in the hiring process; and a general review of the hiring process. The summary report shall also include data as to the following: (a) Prestige's progress in achieving the numerical hiring goals; (b) an assessment of the reasons for any failure to achieve numerical hiring goals (c) an analysis of what additional steps may assist in meeting the numerical hiring goals; and (d) a general review of recruiting and hiring practices to determine if there are any deficiencies in Prestige's recruiting and/or hiring practices that require correction or any potential modifications that may further numerical hiring goals attainment and the purposes of the Decree.

    42.    Biannually, on or before June 15 and December 15 of each year that the Decree is in effect, Prestige will provide to EEOC a copy of the summary report and an electronic copy of its electronic applicant tracking system. The summary and data concerning such employment hiring, discharges, and resignations, broken down by race and position, shall be sent by electronic mail to the following address: robert.weisberg@eeoc.gov. EEOC will review Prestige's submission and make recommendations as to the hiring and recruiting process, if any, in writing within thirty (30) days of receiving information from Prestige. Prestige shall make a good faith effort to implement EEOC's reasonable recommendations within sixty (60) days of receiving EEOC's written notice of recommendations as to the hiring and recruitment process, such as recommendations to advertise in a different periodical, to contact a public employment agency, and/or to consult with non-profit groups. EEOC will not, however, require Prestige to hire applicants that do not meet the qualifications for the position in question.

43.     <u>Document and Data Retention.</u>  Notwithstanding the expiration of the other provisions of this Decree, for one (1) calendar year after the expiration of the term of this Decree, Prestige shall retain all documents or data made or kept under this Decree. Prestige shall provide such documents or data to the EEOC within ten (10) business days after receiving the EEOC's written request, provided the same is received by Prestige no later than fifteen (15) days after the expiration of such one-year period.

44.     <u>Anti-Discrimination Policy.</u>  Within thirty (30) days of the Court's execution of this Decree, Prestige will create a written anti-discrimination policy ("Anti-Discrimination Policy"). The Anti-Discrimination Policy will prohibit all forms of discrimination under Title VII, including, but not limited to, discrimination based on race. The Anti-Discrimination Policy will state that employees who complain about discrimination, oppose discrimination, and/or engage in any other protected activity will be protected against retaliation. The Anti-Discrimination Policy will also contain a procedure by which employees who feel they have been subjected to discrimination can report the discrimination. This reporting procedure will clearly define the chain of command which identifies the appropriate supervisor(s) and/or other managers or supervisors to whom the employee should report discriminatory conduct. The Anti-Discrimination Policy will also identify the person to whom an employee should report discriminatory conduct in the event that the employee is alleging that the discriminatory conduct is being perpetrated by the manager or supervisor who would otherwise be identified as the person responsible for receiving complaints of discrimination. The Anti-Discrimination Policy will state that Prestige will take immediate and appropriate corrective action if and when it determines that discrimination has occurred and that

employees who violate the policy are subject to discipline up to and including discharge. The policy will also specify that such conduct will not be tolerated from third parties.

45.     A copy of the Anti-Discrimination Policy shall be forwarded to the Commission for review within thirty (30) days of the Court's execution of this Decree. EEOC shall have the right to make comments and suggested revisions to Prestige regarding the Anti-Discrimination Policy. EEOC's review of the Policy is not a representation by EEOC that Prestige has been or is compliant with federal anti-discrimination laws.

The Anti-Discrimination Policy will be disseminated to all employees of Prestige within forty-five (45) days of the Court's execution of this Decree. The Anti-Discrimination Policy will also be kept and maintained in a conspicuous and accessible place for all employees at Prestige's facilities and printed in a font that is easily legible. The policy referenced in this section must be posted in English, Spanish, and Haitian Creole. Further, a copy of the Anti-Discrimination Policy shall be distributed to each new full-time, part-time, seasonal or temporary employee or contractor within five (5) days of the individual's date of hire.

46.     Posting of Notice. Within ten (10) calendar days from the Court's execution of this Decree, Prestige shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as Exhibit B to this Decree at Prestige's facilities in a conspicuous location, easily accessible to and commonly frequented by Prestige employees (*i.e.* employee bulletin board or lunch room). The Notice shall remain posted for the entire term of this Decree. Prestige shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material. Within fifteen (15)

calendar days from the Court's execution of this Decree, Prestige shall certify to EEOC

in writing that the Notice has been properly posted as described in this paragraph.

## TRAINING

47.     Prestige shall offer its Human Resources personnel, Management

Personnel, Recruiting and Hiring personnel, Supervisors, and Owners with three (3)

hours of live training (the "Training") on an annual basis during the term of this Decree.

The first Training shall take place within ninety (90) days of the Court's execution of this

Decree. The remainder of the Training sessions shall take place annually and no later

than June 1 of each year throughout the duration of the Decree. Each Training shall be

provided by an EEO Consultant that is approved by EEOC.

48.     The training should include: (a) an explanation of the prohibition against

race discrimination and the prohibition against retaliation under Title VII of the Civil

Rights Act of 1964; (b) an explanation of the rights and responsibilities of managers,

supervisors, and employees under Title VII, including with respect to hiring; and (c)

guidance on handling race-based allegations and other EEO complaints and the need for

confidentiality guidance on completing investigations.

49.     At least two weeks before the training, Prestige agrees to notify EEOC of

the date(s) and location of the Training. Prestige further agrees to provide EEOC with

any and all copies of pamphlets, brochures, outlines or other written materials to be

provided to the participants of the training sessions. Additionally, EEOC may attend any

Training at EEOC's sole discretion.

50.     The EEOC may review compliance with this Decree up to twice per year.

As part of such review, the EEOC may inspect Prestige's facilities, interview employees

and examine and copy documents. The EEOC shall not be permitted to examine or copy

any financial documents of Prestige, except in such instance where Prestige is unable to comply with a provision set forth hereunder and claims its inability to do so is based on its limited financial resources. In all instances, EEOC's request to examine or copy documents shall be reasonable. All financial information acquired by EEOCshall be kept in strict confidence in accordance with the confidentiality order agreed to by the parties [DE 45]. Prestige agrees that it will make all employees available to the Commission for interviewing in connection with this compliance review. Prestige reserves the right to have its counsel present at any and all inspections, management interviews and examinations. The EEOC shall provide Prestige with a minimum five (5) business days notice of its intent to conduct inspections, interviews or examinations.

51.   Any notices to EEOC required by this Decree shall be sent to the attention of "EEOC Regional Attorney, Robert E. Weisberg, Re: Prestige Consent Decree," at United States Equal Employment Opportunity Commission, Miami Tower, 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131.

52.   Nothing contained in this Decree will be construed to limit any obligation Defendant may otherwise have to maintain records under Title VII or any other law or regulation.

## REPORTING

53.   This Consent Decree requires the following reporting:

   a.   Confirmation of payment to Charging Parties and Class Members;

   b.   A Summary Report and Electronic Copy of the Applicant Tracking System by December 15, and June 15 of each year;

   c.   A copy of Prestige's Anti-Discrimination Policy;

18

    d. Confirmation that Prestige has posted the Notice attached as Exhibit A;  and

    e. Annual Notice of Trainings and copies of Training materials.

54.    In addition to the Reporting noted above, during the term of this Decree, Prestige shall provide the Commission with written reports on December 15, and June 15 annually.  Each report shall contain:

    i.    A description of each complaint of race discrimination made by an employee or applicant;

    ii.    A description of any and all action Prestige took in response to each complaint and any written statements obtained or provided by the person bringing the complaint and/or provided by any witness;

    iii.    To the extent there are no complaints of race discrimination, Prestige should indicate the same;

    iv.    A certification that the Notice required to be posted in Paragraph 33 of this Decree remained posted during the entire six (6) month period preceding the report; and

    v.    A copy of any and all job advertisements, a statement as to where the job advertisement was placed; and a statement as to when the job advertisement was placed.

## DISPUTE RESOLUTION

55.    In the event that either party believes that the other party has failed to comply with any provisions of the Decree, the complaining party shall notify the alleged non-complying party in writing of such non-compliance and afford the alleged non-

complying party ten (10) calendar days to remedy the non-compliance or satisfy the complaining party that the alleged non-complying party has complied. If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied within ten (10) calendar days, the complaining party may apply to the Court for appropriate relief.

56.     The dispute resolution provision is not applicable to the monetary provisions of this Consent Decree.

<strong>NOTIFICATION OF SUCCESSORS</strong>

57.     During the term of this Decree, Prestige shall provide prior written notice to any potential purchaser of Prestige's business, a purchaser of all or a portion of Prestige's assets, or to any other potential successor of the EEOC's lawsuit and the existence, contents and requirements of the Decree.

The Clerk of the Court is directed to CLOSE this case and DENY any pending motions as moot.

DONE AND ORDERED in Miami, Florida this 25th day of September, 2014.

*[signature]*

The Honorable Andrea M. Simonton
United States Magistrate Judge

Copies furnished via CM/ECF to:
All Counsel of Record

20

AGREED TO:

FOR PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

By: _____  Date: ___9/5/14

ROBERT E. WEISBERG
Regional Attorney
U.S. EEOC
Miami District Office
100 S.E. 2nd Street, Suite 1500
Miami, Florida 33131
Tel: 305-808-1753
Fax: 305-808-1835
Attorney for Plaintiff U.S. EEOC


FOR DEFENDANT PRESTIGE TRANSPORTATION SERVICE, LLC:

By: _____  Date: 9/4/14

21

EXHIBIT A

## EEO VOLUNTARY SELF-IDENTIFICATION FORM

Prestige invites applicants to voluntarily self-identify their race and ethnicity. Submission of this information is strictly voluntary and refusal to provide it will not subject you to any adverse treatment.

Thank you for your cooperation in providing this information.


Date: _____

Position(s) Applied For:

_____

Referral Sources:      ☐ Advertisement     ☐ Friend     ☐ Relative     ☐ Walk-In

☐ Employment Agency     ☐ Company Website          ☐ Other:
_____

Name: _____
Phone: _____
Address: _____
Date of Birth: _____

If you wish to be identified, please sign below and complete the survey:

☐     I **DO NOT** wish to be identified.


## SURVEY

<u>Check one:</u>     ☐ Male     ☐ Female

*Ethnicity:* <u>Are you Hispanic or Latino?</u>

☐     No, I am **not Hispanic or Latino.**

☐     Yes, I am **Hispanic or Latino:**  A person of Cuban, Mexican, Puerto Rican, Central or South American, or other Spanish culture or origin, regardless of race.

22

***Race*** – *IMPORTANT - Only complete this section if you checked "No, I am not Hispanic or Latino" in the Ethnicity section above:*

## What is your race? Select ONE of the following categories:

☐   *White* – A person having origins in any of the original peoples of Europe, North Africa, or the Middle East.

☐   *Black or African American* – A person having origins in any of the Black racial groups of Africa.

☐   *American Indian/Alaskan Native* - A person having origins in any of the original peoples of North America and South America (including Central America), and who maintains tribal affiliation or community attachment.

☐   *Asian*– A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

☐   *Native Hawaiian or Other Pacific Islander* – A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

☐   *Two or More Races* – All persons who identify with more than one of the above five races.

EXHIBIT B

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### Miami District Office

### <u>NOTICE TO PRESTIGE EMPLOYEES</u>

This Notice is being posted pursuant to a Consent Decree entered by the U.S. District Court in *EEOC v. Prestige Transportation Service, LLC*, Civil Case No. 13-cv-20684, in the United States District Court for the Southern District of Florida. In this case, the Plaintiff, U.S. Equal Employment Opportunity Commission (the "Commission") alleged that Prestige and its predecessor corporation violated the law by subjecting employees and applicants to race discrimination. Prestige denied the allegations in the lawsuit.

Prestige reaffirms that Title VII protects individuals from employment discrimination because of their color, race, religion, national origin or sex. Prestige will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws, including, but not limited to, race discrimination. It is the policy of Prestige to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, or disability. There will be no intentional discrimination in violation of the provisions of Title VII of the Civil Rights Act of 1964, as amended; the Age Discrimination in Employment Act (ADEA), Genetic Information Nondiscrimination Act of 2008 (GINA); or the Equal Pay Act (EPA) of 1963, or the Americans with Disabilities Act, as amended (ADA).

Prestige assures its employees that it will not take any action against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with EEOC or government agencies. Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated Prestige's policies prohibiting discrimination and retaliation.

The Commission enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex, and age. If you believe you have been discriminated against, you may contact EEOC at (305) 808-1740. EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for four (4) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or the Consent Decree may be directed to: Prestige Consent Decree, c/o Robert E. Weisberg, Regional Attorney, at United States Equal Employment Opportunity Commission, Miami District Office, Miami Tower, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131.

Date: _____